RECEIVED
JAN - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CONNIE RICHARD, ET AL. | CIVIL ACTION NO. 14-2427 |
| VERSUS | JUDGE DOHERTY |
| CITY OF PORT BARRE, ET AL. | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING AND ORDER

Pending before the Court is the "Consent Judgment" [Doc. 20] submitted by counsel for plaintiffs and defendants in the above-captioned matter. The Consent Judgement is DENIED as presented, as it contains inherent questions of law and/or fact and ambiguities that could impact certain remaining aspects of the pending matter, which could impede the effective operation of justice. Therefore, under the inherent power of this Court, the Court declines to afford the Judgment the imprimatur of authority when so many open questions remain, particularly under the unique procedural vehicle selected. The parties are in no way prohibited from selecting another procedural vehicle, and/or clarifying the open-ended questions presented in this proposed document, or removing the ambiguities presented as to fact and law. Nonetheless, this Court will not sign the document as written.

Considering the foregoing, the Consent Judgment [Doc. 20] is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___7th___ day of January, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE