RECEIVED

JAN 2 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CONNIE RICHARD ET AL. | CIVIL ACTION NO. 6:14-cv-02427 |
| VERSUS | JUDGE DOHERTY |
| CITY OF PORT BARRE ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (Rec. Doc. 10), which was filed by defendant Port Barre Police Department, is GRANTED, and the plaintiffs' claims against the Port Barre Police Department are dismissed, consistent with the report and recommendation.

Lafayette, Louisiana, this 20 day of January, 2015.

Rebecca F. Doherty
United States District Judge